Case 11-80301 Document 54 Filed in TXSB on 09/02/11 Page 1 of 2



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

**ENTERED**
**09/07/2011**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| AIRCOMM COMMUNICATIONS, INC. | § | 11-80301-G3-11 |
| | § | (Chapter 11) |
| DEBTOR | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

CAME ON for consideration the "Motion of the United States Trustee to Dismiss With Prejudice and Notice of Hearing". Due notice and opportunity for hearing having been given to all parties, and it having been shown to the satisfaction of the Court that cause exists under 11 U.S.C. §1112(b) dismissal of this case, it is hereby

ORDERED that this chapter 11 case is **DISMISSED with prejudice to refiling for 180 days**; it is further

ORDERED that within ten (10) days of the entry of this order the Debtor shall report all disbursements for unreported monthly periods from date of filing until the date of dismissal by either filing with the court monthly operating reports or an affidavit of disbursements; and it is further

ORDERED that within ten (10) days of the entry of this ORDER the Debtor shall pay the appropriate fees due to the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6) as calculated on the disbursement amounts. Payment should be made payable to "United States Trustee" at the following address: U.S. Trustee Payment Center, P. O. Box 530202, Atlanta, GA 30353-0202, with the account designated as 4131180301.

Signed this ____ day of **SEP 0 8 2011** _____, 2011.

HONORABLE LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE

APPROVED AND ENTRY OF ORDER REQUESTED:

JUDY A. ROBBINS
UNITED STATES TRUSTEE

By: /s/ *Ellen M. Hickman*
    Ellen M. Hickman, Trial Attorney
    515 Rusk, Suite 3516
    Houston, TX 77002
    Tel. 713/718-4650 ext. 250
    Fax. 713/718-4680
    ellen.hickman@usdoj.gov


COUNSEL FOR DEBTOR

By: _____
    Gerson Darrell Bloom
    Attorney at Law
    P O Box 2561
    Galveston, TX 77553
    Tel. 409-763-6334
    Fax. 409-765-5412
    gbloomatty@aol.com